# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

| | | |
|---|---|---|
| IN RE: Karl Timothy Weidmann, | ) | Case no. 11 B 40678 |
| Deborah A. Weidmann, | ) | Judge: Janet S. Baer |
| | ) | Chapter 13 |
| Debtor(s). | ) | |

### NOTICE OF FILING

To: Tom Vaughn; Trustee; 55 E. Monroe, Suite 3850, Chicago, IL 60603, (via ECF)

United States Trustee. Patrick Laying, Office of the U.S. Trustee Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604, (via ECF)

Deborah & Karl Weidmann, 170 W. Polk Street, #904, Chicago, IL 60605 (via U.S. Mail)

Please take notice that on November 8, 2012, I caused to be filed in the United States Bankruptcy Court for the Northern District of Illinois the attached NOTICE OF CONVERSION OF CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7.

### PROOF OF SERVICE

I, William Teitelbaum, an attorney, certify I caused a true and correct copy of the foregoing notice to be served on the parties listed above, as to the Trustees via electronic through ECF and as to the Debtors by depositing same in the United States mail at the Post Office in Schaumburg, Illinois, first class mail, proper postage prepaid, this November 8, 2012.

/s/ William Teitelbaum
William Teitelbaum

William Teitelbaum
Attorney for Debtor(s)
253 Acorn Drive
Streamwood, IL 60107
630-202-8405

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| IN RE: Karl Timothy Weidmann,<br>Deborah A. Weidmann,<br><br>    Debtor(s). | )<br>)<br>)<br>) | Case no.  11 B 40678<br>Judge: Janet S. Baer<br>Chapter 13 |

## NOTICE OF CONVERSION OF CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above named Debtors request that his court enter an Order converting this case under Chapter13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code), on the grounds set forth below.

1.    On October 5, 2011, the above-named Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.    This case has not been previously converted.

WHEREFORE, the Debtors prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

DATE: November 8, 2012           SIGNATURES: /s/ Karl Timothy Weidmann

                                             /s/ Deborah A. Weidmann

William Teitelbaum
Attorney for Debtors
253 Acorn Drive
Streamwood, IL 60107
630-202-8405